UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 07-492-04 (PGS) |
| | ) | |
| v. | ) | Hon. Peter G. Sheridan |
| | ) | |
| JUSTIN KIM, a/k/a "YONG KON KIM" | ) | |
| | ) | |
| | ) | |

---

### ORDER FOR PERMISSION TO TRAVEL

A Motion having been made by Defendant for an Order amending the conditions of bail originally set on October 24, 2007, which permitted the Defendant to travel in the State of New Jersey, to allow Defendant permission to travel to Frederick, Maryland on April 22nd 2008 and returning April 25th 2008 for the purpose of attending a Religious Prayer Conference, and,

The United States Attorney by Assistant United States Attorney Bradley A. Harsch consenting to the Motion, and

The United States Department of Probation, Pretrial Services, by Officer Mertice Evans consenting to the Motion, and

Upon full consideration and deliberation herein, it is hereby Ordered that the Order of Release be hereby amended as follows:

1. The Defendant is permitted to travel to Frederick, Maryland on April 22nd, 2008 returning April 25th 2008 for the purpose of attending a Religious Prayer

Conference planned and hosted by Revival Is Here, an organization and a gathering of Korean-American Christians from the East Coast area, and

2. The terms and conditions of the Bond are to remain in full force and effect.

Dated:   April 14, 2008

**SO ORDERED:**

_____
Honorable Peter G. Sheridan
District Judge
District of New Jersey