UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Peter G. Sheridan |
| : | |
| v.   : | Crim. Case No. 07-492-04 |
| : | |
| JUSTIN KIM a/k/a "YONG KON KIM"  : | |
| : | |

**EMERGENCY MOTION FOR FURLOUGH**

TODD D. GREENBERG affirms under the penalty of perjury.

Affiant is an Attorney at Law duly admitted to practice in the Eastern and Southern District of New York and represented the Defendant Justin Kim in this matter.

1)  On January 5, 2009, the Defendant Justin Kim commenced his Federal sentence which included five months incarceration. He has been incarcerated since that date.

2)  At the sentencing, it was brought to this Honorable Court's attention that Julie Park, Mr. Kim's wife, was pregnant and due to give birth in June, 2009.

3)  Attached hereto as Exhibit A is a letter advising that Julie Park has been admitted as a patient in Hackensack Medical Center on February 17, 2009 and delivered a 24 week 3 day old baby girl.

4)  Ms. Park had called the undersigned and first advised that there was danger of losing the baby and that she had to be in the hospital for 30 days. Thereafter, Ms. Park gave birth.

5)  As per Exhibit A, Mr. Kim's daughter is in the Intensive Care Unit in Critical Condition.

6)  The baby will remain in the Intensive Care Unit for approximately 3 months.

7)   By this Motion, Justin Kim is requesting a furlough from his jail sentence for a period of 30 days to tend to the obvious issues that confront his family, and have an opportunity to visit with his wife and new born daughter who is in critical condition.

8)   Further, emotionally, it will allow Ms. Park and Mr. Kim to deal with this unfortunate situation and put in place secondary support until Mr. Kim finishes his jail sentence.

9)   I have spoken to Assistant U.S. Attorney Bradley Harsch who has no objection to this application but limits his consent to a period of 10 days.

10)   Under these circumstances, I am hoping the court will grant a 30 days furlough.

**WHEREFORE**, no previous application for the relief sought herein has been made.

Dated:   Forest Hills, New York
            February 18, 2009

                                          S/Todd D. Greenberg
                                          ADDABBO & GREENBERG
                                          Attorneys Defendant
                                          118-21 Queens Blvd. Suite 306
                                          Forest Hills, New York 11375
                                          Tel. No. 718-268-0400

TO:   AUSA Bradley A. Harsch
        U.S. Attorney's Office
        District of New Jersey
        970 Broad Street – Suite 700
        Newark, NJ 07102

        United States Pretrial Service Office
        Attention:   Mertice Evans

SO ORDERED: _____
DATED: _____



30 Prospect Avenue
Hackensack, N.J. 07601
201.996.2000

Affiliated with the University of
Medicine and Dentistry of New Jersey -
New Jersey Medical School

February 18, 2009

To Whom It May Concern:

This is to inform you that Julie Park was admitted as a patient in Hackensack University Medical Center on February 17, 2009 and delivered a 24 week 3 day old baby girl. Ms. Park and Mr. Kim's daughter is in the Neonatal Intensive Care Unit (NICU) in critical condition. The baby will remain in the Intensive Care Unit for approximately 3 months, an exact discharge date is not known at this time.

Ms. Park also has a 2 year old son at home who is not permitted to visit in the NICU. Ms. Park needs to visit and be involved with the baby's care as well as to provide and deliver breast milk for the baby. Ms. Park does not have adequate support for her to care for her son at home and her daughter in the NICU. Having Mr. Kim home would greatly benefit the family in order to provide appropriate care and supervision of both children.

If you have any questions or concerns please contact me at (201) 996-2110. Thank you.

Sincerely,

Marisa Hamilton
Licensed Clinical Social Worker

A subsidiary of Hillcrest Health Service System Inc.